THE CITY OF BUFFALO, Respondent, *v.* AMANDA HAWKS et al., Defendants, and the COUNTY OF ERIE, Appellant.

(Argued July 11, 1929; decided July 11, 1929.)

*Jacob Tick* and *M. Edwin Merwin* for appellant.

*Gregory U. Harmon,* Corporation Counsel (*Andrew P. Ronan* of counsel), for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.